IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY BUCHANAN,

      Petitioner,                      No. CIV S-08-0396 GEB KJM P

     vs.

L.E. SCRIBNER, WARDEN, et al.,

      Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

/////

/////

/////

/////

1

1 division of the court. Therefore, this action will be transferred to the Fresno Division of the
2 court.
3         Good cause appearing, IT IS HEREBY ORDERED that:
4         1. This action is transferred to the United States District Court for the Eastern
5 District of California sitting in Fresno; and
6         2. All future filings shall reference the new Fresno case number assigned and
7 shall be filed at:
8         United States District Court
        Eastern District of California
9         2500 Tulare Street
        Fresno, CA 93721
10
11 DATED: February 29, 2008.
12
                                        U.S. MAGISTRATE JUDGE
13
14 /ky
   buch0396.109