IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY BUCHANAN,

    Petitioner,                     1: 08 CV 0304 LJO WMW HC

    vs.                                ORDER RE MOTION (DOC12)

L. E. SCRIBNER,

    Respondent.

    Respondent has filed a motion to seal the "Sealed Supplemental Clerk's Transcripts on Appeal" on the ground that the document contains confidential juror information. Good cause appearing, IT IS HEREBY ORDERED that Respondent's motion is granted. The Clerk is directed to seal the "Sealed Supplemental Clerk's Transcripts On Appeal, Volume 1 of 1, Pages 1 through 13" lodged with the Court on July 14, 2008.

IT IS SO ORDERED.

**Dated:   July 15, 2008**                 /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE

1