EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
BRIAN R. MEANS, State Bar No. 158368
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5276
 Fax: (916) 324-2960
 Email: Brian.Means@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ANTHONY BUCHANAN,** | 1:08 CV 0304 LJO WMW HC |
| Petitioner, | **ORDER** |
| v. | |
| **L. E. SCRIBNER, WARDEN,** | |
| Respondent. | |

In order to accommodate the scheduling needs of Respondent's witness, Carl Monopoly, the parties have agreed to move the evidentiary hearing presently set for July 10, 2009, at 1:30 p.m., to July 17, 2009, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 12, 2009**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1