1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Petitioner
6  JOHN A. BUCHANAN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 JOHN A. BUCHANAN,                  )   No.  1:08-cv-00304 LJO
                                      )
12         *Petitioner*,              )   PETITIONER'S APPLICATION AND ORDER
                                      )   FOR WRIT OF HABEAS CORPUS AD
13     v.                             )   TESTIFICANDUM
                                      )
14 L.E. SCRIBNER, Warden              )   Date: July 17, 2009
                                      )   Time: 1:30 P.M.
15 _____*Respondent*._____        )   Judge: Hon. Lawrence J. O'Neill

16         Petitioner, JOHN A. BUCHANAN, through counsel, hereby applies for a writ of habeas corpus ad

17 testificandum, requiring the production of Mr. Buchanan at the evidentiary hearing now set in this matter

18 for July 17, 2009.  Mr. Buchanan's presence is required to assist counsel in the examination of the witness

19 scheduled to testify at the hearing.  Counsel previously through inadvertence filed a request for a criminal

20 case; this petition must be served on state authorities.

21         For the reasons set forth above, petitioner respectfully requests that advance preparations for his

22 presence be ensured.

23                                         Respectfully submitted,

24                                         DANIEL J. BRODERICK
                                           Federal Defender
25

26                                          /s/   Ann H. Voris
                                           ANN H. VORIS
27                                         Assistant Federal Defender
                                           Attorney for Petitioner
28                                         JOHN A. BUCHANAN

Petitioner's Application and
Order for Writ of Habeas Corpus Ad Testificandum

| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Petitioner |
| 6 | JOHN A. BUCHANAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. BUCHANAN, | ) | No. 1:08-cv-00304 LJO |
| | ) | |
| Petitioner, | ) | ORDER FOR WRIT OF HABEAS CORPUS AD |
| | ) | TESTIFICANDUM |
| v. | ) | |
| | ) | |
| L.E. SCRIBNER, Warden | ) | Date: July 17, 2009 |
| | ) | Time: 1:30 P.M. |
| Respondent. | ) | Judge: Hon. Lawrence J. O'Neill |

JOHN A. BUCHANAN, inmate #v-80107, petitioner in proceedings in the aforementioned case on July 17, 2009, is confined in the Calipatria State Prison, at Calipatria, California, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 7th Floor, Courtroom #4, United States Courthouse, 2500 Tulare Street, Fresno, California on July 17, 2009, at 1:30 P.M.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Calipatria States Prison, P. O. Box 5001, 7018 Blair Road, Calipatria, CA 92233-5001.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** **The Warden Of Calipatria State Prison, P.O. Box 5001, 7018 Blair Road, Calipatria, California 92233-5001.**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:** July 2, 2009                             /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE