# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BUCHANAN, ) | 1:x08-cv-00304 LJO YNP (DLB) (HC) |
| ) | |
| Petitioner, ) | NOTICE AND ORDER THAT PLAINTIFF IS |
| ) | NO LONGER NEEDED AS WITNESS IN |
| v. ) | THESE PROCEEDINGS, AND THE WRIT |
| ) | OF HABEAS CORPUS AD |
| ) | TESTIFICANDUM IS DISCHARGED |
| L.E. SCRIBNER, Warden ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 7, 2009, this Court issued an Order of Writ of Habeas Corpus Ad Testificandum for Petitioner to be transferred for Calipatria State Prison to the United States Courthouse, Eastern District in Fresno, California so that Petitioner could be present at an evidentiary hearing. (Doc. #32).

An evidentiary hearing in this matter commenced on July 17, 2009 and ended that same day. Accordingly, Petitioner John Buchanan #v-80107, is no longer needed by the court regarding these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __August 2, 2009__      _____/s/ Dennis L. Beck_____
                                UNITED STATES MAGISTRATE JUDGE